### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLYNTON D. BUTTS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-13-194-M |
| | ) |
| WARDEN McCOLLUM, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On February 27, 2013, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action seeking a writ of habeas corpus. The Magistrate Judge recommended transfer of this action to the Northern District of Oklahoma. The parties were advised of their right to object to the Report and Recommendation by March 15, 2013. On February 28, 2013, this Court received a letter from petitioner stating that he accidently sent his habeas petition to this Court instead of the Northern District of Oklahoma and requesting that this action be transferred to the Northern District.

In light of petitioner's letter, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on February 27, 2013, and

(2) TRANSFERS this matter to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED this 5th day of March, 2013.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE